# Court of Appeals of the State of Georgia

ATLANTA, July 20, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0001. IN THE INTEREST OF K. B., et al.**

Kristen Blake filed an emergency motion requesting an extension of time until August 13, 2020, to file her application for discretionary appeal from the trial court's order dated June 23, 2020. Appellant first filing in this Court was July 20, 2020.

The Supreme Court of Georgia's Fourth Order Extending Declaration of Statewide Judicial Emergency, dated July 10, 2020, provides that in all cases filed on or after July 14, 2020, such as this one, "litigants shall comply with the normal deadlines applicable to the case." Accordingly, Blake's application for discretionary appeal would be due on July 23, 2020, without further instruction from this Court. See OCGA § 5-6-35 (d).

Upon consideration, Blake's motion for an extension of time to file a discretionary appeal is GRANTED until August 13, 2020. See *Gable v. State*, 290 Ga. 81 (720 SE2d 170) (2011) (appellate courts have the authority to grant an extension of time to file a discretionary application under OCGA § 5-6-39); OCGA § 5-6-39.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/20/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.